## Anna Rezek, Appellant, v. Isadore Fishman et al., Appellees.

Gen. No. 45,032.

Alex Meyerovitz, for appellant; Schwartzberg & Barnett, Albert A. Epstein, and Samuel Edes, for appellees. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed May 3, 1950; released for publication May 23, 1950.